1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

ASHLEY CRAWFORD,

                    Debtor.

No. 16-40816

ORDER ON MOTION TO APPROVE
PAYMENT TO DEBTOR

    THIS MATTER having come on before the Honorable Brian D. Lynch of the above

entitled Court upon the Trustee's Motion to Approve Payment to Debtor, the Court being advised

in the premises therefore, now therefore

// 

// 

// 

**ORDER ON MOTION TO APPROVE PAYMENT TO DEBTOR - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

1    IT IS HEREBY ORDERED that the Trustee shall be and is hereby authorized to pay

2  Ashley Crawford the sum of $2,905.00 in full and complete satisfaction of her claim of exemption

3  in her claims against Wells Fargo Auto pursuant to 11 U.S.C. § 522 (d)(5).

4
                            ///End of Order///
5  Presented by:

6   /s/ Kathryn A. Ellis
7  Kathryn A. Ellis, Trustee
   C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\ACrawford\payexempt_ord.wpd
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ON MOTION TO APPROVE PAYMENT TO DEBTOR - 2**